1  ADRIENNE C. PUBLICOVER (SBN 161432)
   SHEENA V. JAIN (SBN 251912)
2  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105
4  Telephone: (415) 433-0990
   Facsimile: (415) 434-1370
5
   Attorneys for Defendants
6  LIFE INSURANCE COMPANY OF
   NORTH AMERICA AND THE BP GROUP
7  LONG-TERM DISABILITY INSURANCE PLAN
   (erroneously named as BP WELFARE PLAN TRUST-III'S
8  INSURANCE PLAN)

9  CORINNE CHANDLER (SBN 111423)
   KANTOR & KANTOR, LLP
10 19839 Nordhoff Street
   Northridge, CA 91324
11 Telephone: (818) 886-2525
   Facsimile: (818) 350-6272
12 Attorney for Plaintiff
   MARGARET KREEGER
13

14                UNITED STATES DISTRICT COURT

15                CENTRAL DISTRICT OF CALIFORNIA

16

17 MARGARET KREEGER,            ) Case No.: CV09-08262 GAF (OPx)
                                )
18         Plaintiff,           ) [PROPOSED] ORDER GRANTING
                                ) STIPULATED PROTECTIVE ORDER
19    v.                        ) GOVERNING PRODUCTION OF
                                ) INFORMATION AND DOCUMENT BY
20 LIFE INSURANCE COMPANY OF    ) PARTIES AND NON-PARTIES
   NORTH AMERICA; BP WELFARE    )
21 PLAN TRUST-III'S INSURANCE   )
   PLAN,                        )
22                              )
           Defendants.          )
23 _____)

24

25    Pursuant to the stipulation by the parties, IT IS SO ORDERED.

26

27 Dated: 7/23/10          _____
28                                 OSWALD PARADA
                                 U.S. MAGISTRATE JUDGE

                              [PROPOSED] ORDER
563621.1