JS-6

Corinne Chandler - SBN 111423
 E-mail: cchandler@kantorlaw.net
Niamh E. Doherty - SBN 260749
 E-mail: ndoherty@kantorlaw.net
Kantor & Kantor, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
Margaret Kreeger

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET KREEGER, | CASE NO: CV 09-08262 GAF (OPx) |
| Plaintiff, | |
| VS. | JUDGMENT IN FAVOR OF PLAINTIFF |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; BP WELFARE PLAN TRUST-III'S INSURANCE PLAN, | |
| Defendants. | |

The Court having conducted a trial of this case on the administrative record, having heard the arguments of the parties, and having issued its Findings of Fact and Conclusions of Law on February 28, 2011, it is ORDERED, ADJUDGED AND DECREED that judgment be entered against defendants and in favor of plaintiff as follows:

Plaintiff shall be awarded past due benefits, in the amount of $10,056 per month for the period of May 9, 2008 through October 25, 2009 in the amount of $176,650.40. After October 25, 2009, the benefit offsets under the Plan changed due to the fact that plaintiff's dependent no longer received Social Security benefits; having reached the age of 18. After October 25, 2009, plaintiff's monthly benefit was in the amount of $11,030.

Therefore, plaintiff is further awarded past due benefits the period of October 26, 2009 to and including March 9, 2011 in the amount of $180,540.70. The total amount of benefits, without pre-judgment interest is $357,191.10.

Plaintiff is hereby reinstated to the Plan and defendant shall administer her claim in accordance with the terms and conditions of the Plan.

Plaintiff may make a Motion to determine the amount of pre-judgment interest within thirty (30) days after entry of this Judgment.

Plaintiff may also make a Motion for an Award of Attorneys' Fees and costs within thirty (30) days after entry of this Judgment.


Dated: March 10, 2011                    _____

                                         The Honorable Gary A. Feess